JS - 6

**FILED:   1/26/15**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SANTOS,          )<br>                                        )<br>           Plaintiff,          )<br>                                        )<br>     vs.                             )<br>                                        )<br>CACH, LLC, et al          )<br>                                        )<br>           Defendants.   )<br>_____) | **CASE NO.  14-6970  GHK (Ex)**<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **SIXTY (60) DAYS**, to reopen the action if settlement is not consummated.

DATED:   1/23/15

GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE